COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause number:      01-18-00832-CV

Style:      Chambers County, Texas v. Pelco Construction Company

Date motion filed*:      November 26, 2018

Type of motion:      Unopposed Motion for Extension of Time to File Appellant's Brief

Party filing motion:      Appellant Chambers County

Document to be filed:      Appellant's Brief

If motion to extend time:

      Original due date:      N/A

      Number of extensions granted:      0      Current Due Date:  N/A

      Date Requested:      N/A (30 days requested after filing of reporter's record)

Ordered that motion is:

☐ Granted in part

☐ Denied

☑ Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

☑ Other: _____

    Although the supplemental clerk's record was filed on November 15, 2018, the November 21, 2018 late-brief notice was sent in error because the supplemental reporter's record was not timely filed. But after the Clerk of this Court granted the reporter's November 26, 2018 extension until December 27, 2018, the appellant's briefing deadline has not begun. Accordingly, appellant's extension request is **dismissed as moot** because the brief will be due 30 days after the supplemental reporter's record is filed. *See* TEX. R. APP. P. 38.6(a)(2).

Judge's signature: ___/s/ Laura C. Higley_____

      x  Acting individually     ☐  Acting for the Court

Date: ___November 29, 2018_____